McGREGOR W. SCOTT
United States Attorney
YOSHINORI H. T. HIMEL #66194
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2760

Attorneys for Federal Defendants

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHILIP A. DENNEY, | CIV. S-06-1711-LKK-GGH |
| Plaintiff, | **STIPULATION AND ORDER REGARDING DEA AND ATF PRIVACY ACT INFORMATION** |
| v. | |
| DRUG ENFORCEMENT ADMINISTRATION, et al., | |
| Defendants. | |

The parties hereby stipulate, subject to the approval of the Court as provided for hereon, as follows:

1. This stipulated order is to authorize federal defendants and their counsel, under 5 U.S.C. § 552a(b)(11), to disclose to plaintiff's counsel and nonfederal defendants' counsel personal information that is or may be protected by the Privacy Act. It also is to respect the purposes of the Privacy Act by limiting redisclosure of that information. It shall not affect any rights that federal defendants might assert against the taking of discovery, including but not limited to privileges and federal defendants' contention that discovery should be stayed pending decision of an initial motion by them.

2. The parties hereto acknowledge that certain such personal information may be relevant to the issues raised in plaintiff's complaint.

3. The Privacy Act, 5 U.S.C. § 552a, prohibits any federal agency from:

STIPULATION AND ORDER REGARDING DEA AND ATF PRIVACY ACT INFORMATION   Page 1

> disclos[ing] any record which is contained in a system of records by any means of communication to any person, or to another agency, except pursuant to a written request by, or with the prior written consent of, the individual to whom the record pertains, unless disclosure of the record would be –
>
> * * *
>
> (11) pursuant to the order of a court of competent jurisdiction; . . .

5 U.S.C. § 552a(b) and (b)(11).

4. The following provisions shall apply to all personal information about individuals that is disclosed by federal defendants in formal or informal discovery or initial disclosures under Fed. R. Civ. P. 26(a)(1):

a. Federal defendants and their counsel may disclose such information to plaintiff's counsel and to nonfederal defendants' counsel.

b. Plaintiff and his counsel, and nonfederal defendants and their counsel, shall not disclose any such information to any other persons where such disclosure is not reasonably necessary to the conduct of this litigation.

b. Plaintiff and his counsel, and nonfederal defendants and their counsel, shall use the information only for purposes reasonably related to the conduct of this litigation, and not for any other purpose.

c. If any documents disclosed under this order are marked as exhibits during depositions or attached to pleadings filing with the Court, the proponent of the documents shall make sure they are properly redacted to remove any personal information of a sensitive nature, including but not limited to the following information: home addresses, home telephone numbers and social security numbers.

Dated:  November 14 , 2006                /s/ Zenia K. Gilg
                                          ZENIA GILG

| | | |
|---|---|---|
| 1 | Dated:  11/2 , 2006 | BRICKWOOD LAW OFFICE |
| 2 | | By:   /s/ Gary Brickwood |
| 3 | | GARY BRICKWOOD<br>MONIQUE GRANDAW |
| 4 | | |
| 5 | Dated: October 27, 2006 | McGREGOR W. SCOTT<br>United States Attorney |
| 6 | | By:   /s/ Y H T Himel |
| 7 | | YOSHINORI H. T. HIMEL<br>Assistant U. S. Attorney |

## ORDER

It is APPROVED and SO ORDERED.

DATED: 12/4/06          /s/ Gregory G. Hollows
                       _____
                       UNITED STATES MAGISTRATE JUDGE

denney.ord