McGREGOR W. SCOTT
United States Attorney
YOSHINORI H. T. HIMEL #66194
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2760

Attorneys for Federal Defendants

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHILIP A. DENNEY,<br><br>    Plaintiff,<br><br>    v.<br><br>DRUG ENFORCEMENT<br>ADMINISTRATION, et al.,<br><br>    Defendants. | CIV. S-06-1711-LKK-GGH<br><br>**STIPULATION AND ORDER FOR INITIAL EXTENSION OF FEDERAL DEFENDANTS' TIME TO RESPOND TO COMPLAINT** |

    The parties hereby stipulate, subject to the approval of the Court as provided for hereon, that at federal defendants' request their time to respond to the complaint be extended from December 15, 2006, until February 2, 2007. No previous extension of this time has been requested or granted.

    Federal defendants state that the immediate reason why they need an extension is their counsel's conflicting deadlines in December and January. By way of context, three of the eight AUSA positions in the office's Defensive Civil Unit are vacant. The only replacement AUSA yet hired will not start work until July 2007. Because of this short staffing and a heavy caseload, the undersigned AUSA has worked over 70 hours per week for several of the months of 2006, and during 2006 he accumulated a projected 99 hours of use-or-lose leave. (Federal employees generally can carry over no more than 240 hours of annual leave from one year to the next. Use-or-lose leave is leave above the 240-hour ceiling.)

In the present case, the undersigned AUSA presently has only until December 15, 2006, to carry out his intention to file a substantial dismissal and summary judgment motion and a motion for protective order staying plaintiff's discovery. On December 20, 2006, he needs to file substantial opposition papers on behalf of the two federal agencies in <u>Tahoe Tavern</u>. It has become apparent that within the times set the undersigned AUSA can complete either <u>Denney</u> or <u>Tahoe Tavern</u>, not both; and <u>Tahoe Tavern</u> already has been continued once.

On December 22, 2006, the undersigned AUSA is expecting to receive a motion for summary judgment to read and respond to in <u>Sakamoto</u>. He will be using a minority of his 99 use-or-lose hours for the holidays. On January 5, 2007, he expects to receive an opposition to contempt remedies to read and respond to in <u>Booth</u>. On January 9, 2007, he has a jury trial in <u>Tison</u>. On January 11, 2007, he needs to file a substantial reply in <u>Tahoe Tavern</u>. On January 12, 2007, he needs to file reply in <u>Booth</u>. On January 19, 2007, he needs to file an opposition and cross-motion for summary judgment in <u>Sakamoto</u>. On January 22, 2007, he goes to hearing in Fresno in <u>Booth</u>.

The known deadlines are on top of an unpredictable flow of smaller cases. For example, this week the undersigned AUSA has received and handled three requests to represent federal agencies on demands for agency testimony or document disclosure in cases in which the United States is not a party, under <u>United States ex rel. Touhy v. Ragen</u>, 340 U.S. 462 (1951). Such demands typically are emergencies requiring first-priority treatment.

In the present case, the undersigned AUSA's first reasonably available window for completion of the abovementioned motions is January 23 through February 2, 2007. For these reasons, federal defendants request extension of their time to respond until February 2, 2007.

Dated:   December 8 , 2006              */s/ Zenia K. Gilg*
                                        ZENIA K. GILG

| | | |
|---|---|---|
| 1 | Dated:  December 8 , 2006 | BRICKWOOD LAW OFFICE |
| 2 | By: | */s/ Gary Brickwood* |
| 3 | | GARY BRICKWOOD<br>MONIQUE GRANDAW |
| 4 | | |
| 5 | Dated:  December 8, 2006 | McGREGOR W. SCOTT<br>United States Attorney |
| 6 | By: | */s/ Y H T Himel* |
| 7 | | YOSHINORI H. T. HIMEL<br>Assistant U. S. Attorney |

## ORDER

It is APPROVED and SO ORDERED. Federal defendants' time to respond to the complaint is EXTENDED until February 2, 2007.

DATED: December 12, 2006.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT