McGREGOR W. SCOTT
United States Attorney
YOSHINORI H. T. HIMEL #66194
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2760

Attorneys for Federal Defendants

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHILIP A. DENNEY,<br><br>　　　　　Plaintiff,<br><br>　　　v.<br><br>DRUG ENFORCEMENT<br>ADMINISTRATION, et al.,<br><br>　　　　　Defendants. | CIV. S-06-1711-LKK-GGH<br><br>**STIPULATION AND ORDER STAYING PLAINTIFF'S AND FEDERAL DEFENDANTS' DISCOVERY**<br><br>Date:　February 22, 2007<br>Time:　10:00 a.m.<br>Judge:　Hon. Gregory G. Hollows |

　　　This stipulation is to resolve the dispute raised by federal defendants' motion for protective order staying plaintiff's discovery, filed February 1, 2007, Clerk's Record No. ("CR") 23, and noticed for hearing February 22, 2007 at 10:00 a.m. before Judge Hollows.

　　　The parties to that protective order motion hereby stipulate, subject to the approval of the Magistrate Judge as provided for hereon, that plaintiff's discovery of federal defendants, and federal defendants' discovery of plaintiff, be and are STAYED until decision of federal defendants' motion for dismissal and summary judgment, filed February 2, 2007, CR 24.


Dated: 2/13/07　　　　, 2007　　　　　　　　　　　　／s／ Zenia K. Gilg
　　　　　　　　　　　　　　　　　　　　　　　　　ZENIA K. GILG

STIPULATION AND ORDER STAYING PLAINTIFF'S AND FEDERAL DEFENDANTS' DISCOVERY　　　Page 1

| | |
|---|---|
| Dated: February 5, 2007 | McGREGOR W. SCOTT<br>United States Attorney |
| | By: /s/ Y H T Himel<br>YOSHINORI H. T. HIMEL<br>Assistant U. S. Attorney |

<u>ORDER</u>

It is APPROVED and SO ORDERED. Federal defendants' motion for protective order, CR 23, is TAKEN OFF CALENDAR. Plaintiff's discovery of federal defendants, and federal defendants' discovery of plaintiff, are STAYED until decision of federal defendants' motion for dismissal and summary judgment, filed February 2, 2007, CR 24.

DATED: 2/20/07                     /s/ Gregory G. Hollows
                                   GREGORY G. HOLLOWS
                                   United States Magistrate Judge

denney.ord-2