ZENIA K. GILG, SBN 171922
809 Montgomery Street, 2nd Floor
San Francisco CA 94133
Tel 415/394-3800
Fax 415/394-3806

Attorney for Plaintiff
PHILIP A. DENNEY, M.D.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

PHILIP A. DENNEY, M.D.,

      Plaintiff,

  v.

DRUG ENFORCEMENT ADMINISTRATION,
ADMINISTRATOR KAREN TANDY, AGENT
DENNIS HALE, FEDERAL BUREAU OF
ALCOHOL, TOBACCO, FIREARMS, AND
EXPLOSIVES, DIRECTOR CARL J.
TRUSCOTT, AGENT STEVEN DECKER,
OFFICE OF THE SHASTA COUNTY
DISTRICT ATTORNEY, DISTRICT
ATTORNEY GERALD BENITO, SHASTA
COUNTY SHERIFF'S DEPARTMENT,
SHASTA COUNTY SHERIFF JAMES POPE,
DEPUTY CHRISTOPHER MCQUILLAN,
REDDING POLICE DEPARTMENT, REDDING
POLICE CHIEF LEONARD MOTY, OFFICER
TRACY MILLER, OFFICER ERIC
WALLACE, AND DOES 1-40,

      Defendants.
_____/

No. CIV. S-06-1711-LKK-GGH

STIPULATION AND ORDER
CONTINUING HEARING FOR
FEDERAL DEFENDANT'S
MOTION FOR DISMISSAL
AND SUMMARY JUDGEMENT

    IT IS HEREBY STIPULATED that the hearing for Federal Defendant's Motion for Dismissal and Summary Judgement be continued to May 7, 2007, at 10:00 a.m., and that the parties comply with the following briefing schedule:

1

Plaintiff's Opposition to be filed on or by March 26, 2007.

Defendant's Reply to be filed on or by April 23, 2007.

Hearing on Federal Defendant's Motion for Dismissal and Summary Judgement on May 7, 2007.

/S/ZENIA K. GILG
ZENIA K. GILG
Attorney for PHILIP A. DENNEY
Dated: February 21, 2007

/S/YOSHINORI H.T. HIMEL
YOSHINORI H.T. HIMEL
Assistant U.S. Attorney
Dated: February 21, 2007

**IT IS SO ORDERED.**

Dated: February 22, 2007.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2