1  McGREGOR W. SCOTT
   United States Attorney
2  YOSHINORI H. T. HIMEL #66194
   Assistant U. S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2760

5  Attorneys for Federal Defendants

6

7

8              IN THE UNITED STATES DISTRICT COURT FOR THE

9                     EASTERN DISTRICT OF CALIFORNIA

10

11 | PHILIP A. DENNEY,            | CIV. S-06-1711-LKK-GGH
12 |        Plaintiff,            | **STIPULATION AND ORDER FOR 42-
   |                              | DAY CONTINUANCE OF CR 24 AND
13 |        v.                    | 35 MOTIONS**
14 | DRUG ENFORCEMENT             | Date:  July 30, 2007
   | ADMINISTRATION, et al.,      | Time:  10:00 a.m.
15 |                              | Judge: Hon. Lawrence K. Karlton
   |        Defendants.           |
16

17

18         The parties to federal defendants' motion for dismissal and summary judgment filed

19 February 2, 2007, Clerk's Record number 24, and plaintiff's application for Fed. R. Civ. P.

20 56(f) relief filed April 30, 2007, CR 35, hereby stipulate, subject to the approval of the Court

21 as provided for hereon, that the hearing on those motions, currently set for June 18, 2007, at

22 10:00 a.m. before Judge Karlton, be continued until July 30, 2007, at 10:00 a.m.

23         The reason for this continuance is that AUSA Himel, as his office's election officer,

24 has been called to a mandatory election law seminar taking place in Washington DC

25 beginning on the hearing date of June 18, 2007. Although Judge Karlton has civil law and

26 motion on July 2 and July 30, Ms. Gilg is in the country only on the latter date. The two

27 previous continuances of this date total 98 days. See CR 30 and 32.

28

| | | |
|---|---|---|
| Dated: May 21, 2007 | | /s/ Zenia K. Gilg |
| | | ZENIA K. GILG |

Dated: May 21, 2007                     McGREGOR W. SCOTT
                                        United States Attorney

                            By:         /s/ Y H T Himel
                                        YOSHINORI H. T. HIMEL
                                        Assistant U. S. Attorney

## ORDER

It is APPROVED and SO ORDERED. The hearing set for June 18, 2007, at 10:00 a.m., is CONTINUED until July 30, 2007, at 10:00 a.m. before Judge Karlton. The date for federal defendants' opposition and reply shall be July 16, 2007.

DATED: May 23, 2007.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT