1

2

3

4

5

6

7

8                              UNITED STATES DISTRICT COURT

9                        FOR THE EASTERN DISTRICT OF CALIFORNIA

10    PHILIP A. DENNEY,
                                          NO. CIV.S-06-1711 LKK/GGH
11
              Plaintiff,
12
         v.                                        O R D E R
13
    DRUG ENFORCEMENT
14    ADMINISTRATION, et al

15            Defendants.

16    _____/

17         The hearing currently set for July 30, 2007 is hereby

18    CONTINUED to August 3, 2007 at 1:30 p.m.  Defendants' reply

19    brief shall remain due on July 16, 2007.

20         IT IS SO ORDERED.

21         DATED:  July 3, 2007.

22

23

24                              LAWRENCE K. KARLTON
                                SENIOR JUDGE
25                              UNITED STATES DISTRICT COURT

26

                                     1