McGREGOR W. SCOTT
United States Attorney
YOSHINORI H. T. HIMEL #66194
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2760

Attorneys for Federal Defendants

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHILIP A. DENNEY,<br><br>   Plaintiff,<br><br>   v.<br><br>DRUG ENFORCEMENT<br>ADMINISTRATION, et al.,<br><br>   Defendants. | 2:06-cv-1711-LKK-GGH<br><br>**STIPULATED PROTECTIVE ORDER<br>AND ORDER RE: SEALING** |

The parties to the captioned action recite and stipulate, subject to the approval of the Magistrate Judge as provided for hereon, as follows:

1. During the deposition of Steven Decker on October 17, 2007, the parties agreed that a series of background questions and answers would be kept confidential.

2. The reporter, Sheila Anderson, has designated the confidential part of the transcript.

3. The confidential part of the deposition and the transcript shall be disclosed only to Zenia Gilg and Kristen Judd; to Gary Brickwood and those in his law office with a need to know; to the United States Attorney's Office, the ATF and those federal employees outside those agencies with a need to know, if any; and to the Court as a sealed document.

4. Before a party may supply any of the confidential part of the transcript to the Court, the party must obtain an order sealing it.

5. This stipulated order is retroactive. It may be varied only by further order of the assigned Magistrate Judge or District Judge.

DATED: October 29, 2007      LAW OFFICE OF ZENIA K. GILG
ZENIA K. GILG
KRISTEN W. JUDD

By:    */s/ Zenia K. Gilg*
ZENIA K. GILG
Attorneys for Plaintiff

DATED: October 22, 2007      BRICKWOOD LAW OFFICE

By:    */s/ G Brickwood*
GARY BRICKWOOD
Attorneys for Nonfederal Defendants

DATED: October 22, 2007      McGREGOR W. SCOTT
United States Attorney

By:    */s/ Y H T Himel*
YOSHINORI H. T. HIMEL
Assistant U.S. Attorney
Attorneys for Federal Defendants

ORDER

It is APPROVED and SO ORDERED.

DATED: 11/28/07      /s/ Gregory G. Hollows
U.S. Magistrate Judge

denney.po2