UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PHILIP A. DENNEY,

                                          NO. CIV.S-06-1711 LKK/GGH

        Plaintiff,

   v.                                          O R D E R

DRUG ENFORCEMENT
ADMINISTRATION, et al

        Defendants.

_____/

After the telephonic status conference held on November 30, 2007, the court orders as follows:

1. The time for briefing all motions for summary judgment is EXTENDED as follows: motions to be filed by January 31, 2008; oppositions to be filed by February 25, 2008; replies, if any, to be filed by March 10, 2008.

2. Hearing is set for March 24, 2008, at 10:00 a.m.

3. The Final Pretrial Conference previously set for March 24, 2008, at 1:30 p.m., and the jury trial previously set for June 24, 2008, at 1:30 p.m., are VACATED.

1

1      4. Final Pretrial Conference is RESET for June 23, 2008, at
2 2:00 p.m. Jury trial is RESET for October 7, 2008, at 10 a.m.
3      IT IS SO ORDERED.
4      DATED: November 30, 2007.

```
                              _____
                              LAWRENCE K. KARLTON
                              SENIOR JUDGE
                              UNITED STATES DISTRICT COURT
```