McGREGOR W. SCOTT
United States Attorney
YOSHINORI H. T. HIMEL #66194
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2760

Attorneys for Federal Defendants

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHILIP A. DENNEY,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>DRUG ENFORCEMENT<br>ADMINISTRATION, et al.,<br><br>　　　　　Defendants. | 2:06-cv-1711-LKK-GGH<br><br>FEDERAL DEFENDANTS'<br>CONSENSUAL REQUEST FOR<br>EXTENSION AND CONTINUANCE;<br>ORDER |

　　　Federal defendants, hobbled by the illness of their counsel, request a two-week extension of the time to reply to plaintiff's opposition to summary judgment, from March 10 to March 24, 2008, and a one-week continuance of the motion hearing, from March 24 to March 31, 2008. The included counsel declaration details the reasons. No previous extension of this time has been sought or requested. This extension should not affect the final pretrial conference set for June 23, 2008, or the trial set for October 14, 2008. A suggested form of Order is included should this application be granted.

DATED: March 5, 2008　　　　　LAW OFFICE OF ZENIA K. GILG
　　　　　　　　　　　　　　　　ZENIA K. GILG
　　　　　　　　　　　　　　　　KRISTEN W. JUDD

　　　　　　　　　　　　　　By:　*/s/ Zenia K. Gilg*
　　　　　　　　　　　　　　　　ZENIA K. GILG
　　　　　　　　　　　　　　　　Attorneys for Plaintiff

FEDERAL DEFENDANTS' CONSENSUAL REQUEST FOR EXTENSION AND CONTINUANCE; PROPOSED ORDER　　Page 1

| | | |
|---|---|---|
| DATED: March 5, 2008 | | BRICKWOOD LAW OFFICE |
| | By: | */s/ Gary Brickwood* <br> GARY BRICKWOOD <br> Attorneys for Nonfederal Defendants |
| DATED: March 5, 2008 | | McGREGOR W. SCOTT <br> United States Attorney |
| | By: | */s/ Y H T Himel* <br> YOSHINORI H. T. HIMEL <br> Assistant U.S. Attorney <br> Attorneys for Federal Defendants |

## COUNSEL DECLARATION

YOSHINORI H. T. HIMEL, under 28 U.S.C. § 1746(2), declares:

1. I am an Assistant United States Attorney in the office of the United States Attorney for the Eastern District of California and am assigned the captioned case.

2. The current schedule made my clients' summary judgment motion due January 31, 2008, opposition due February 25, 2008, and reply due March 10, 2008, with hearing before Judge Karlton on March 24, 2008.

3. My Ninth Circuit brief defending the correctness of this Court's judgment in *Tahoe Tavern Property Owners Association v. U.S. Forest Service* formerly was due February 19, 2008. At the instance of the Department of Justice Environment and Natural Resources Division, in Washington, DC, which asserted a need for DOJ review beyond the originally-scheduled one-week period, I obtained an extension of that due date until February 28, 2008. No need for such an extension had been anticipated by DOJ or by me. During the period of the extension there were substantial revisions to the brief. Final approval by DOJ reached me late in the day on the filing deadline of February 28, 2008.

4. As a result, between the filing of the opposition to summary judgment in the captioned case (around 6:40 p.m. on February 25, 2008) and the close of business on February 28, 2008, I was unable to turn to any of the research or writing tasks involved in replying to the opposition to summary judgment in the captioned case.

5. During the evening of February 28, 2008, I began having flu symptoms that have kept me home ever since, including a 101 degree fever.

6. Since getting the flu, I have not had the energy to do substantial work on this or any case. This application, done from home, is the first written work I have been able to do.

7. This is not the sort of situation in which I could call upon a fellow AUSA to do the reply in my stead, since I am the only one familiar with the case facts and the summary judgment motions, and since the learning curve would be steep.

8. By my calculation, the body of federal defendants' points and authorities supporting summary judgment, CR 67-3, occupied 31 pages. The body of plaintiff's opposition to summary judgment, CR 68, occupies twice as much: 62 pages. Federal defendants' motion exhibits, in CR 67, occupied 247 pages. Plaintiff's opposition exhibits, CR 68-3 to 69-2, occupy more: 326 pages. Federal defendants' statement of undisputed facts, CR 67-2, occupied 17 pages. Plaintiff's response to federal defendants' facts, CR 70, occupies more: 46 pages.

9. The burden of replying to plaintiff's opposition papers, from their volume alone, appears substantial. Even were I well, two weeks would be a minimal time to prepare a reply to such a volume of written opposition.

10. My understanding from conversation with Ms. Rivas on February 27, 2008, is that the next regular civil law and motion date after the currently scheduled hearing date of March 24, 2008, is April 7, 2008.

11. My understanding from conversation with Ms. Gilg on February 27, 2008, is that she has a trial set in another court for April 7, 2008. My understanding is that she is available for hearing should one be special-set for March 31, 2008.

12. My understanding from conversation with Mr. Brickwood and his office on February 27, 2008, is that he has a trial set in another court for April 7, 2008. My understanding is that he is available for hearing should one be special-set for March 31, 2008.

13. The requested extension represents my best effort to reconcile the needs of my clients, given my current illness, with the Court's need for time to prepare for hearing, the Court's need not to interfere with the trial schedule, and the other parties' schedules.

I declare under penalty of perjury that the foregoing is true and correct. Executed on March 5, 2008.

                                               */s/ Y H T Himel*
                                               YOSHINORI H. T. HIMEL

### ORDER

After due consideration of the application and the reasons therefor, it is ORDERED as follows:

1. Hearing on the pending summary judgment motions is CONTINUED from March 24, 2008, until April 4, 2008 at 9:30 a.m.

2. Replies, if any, to the opposition to summary judgment shall be filed by March 24, 2008.

It is SO ORDERED.

DATED: March 6, 2008.

                                       LAWRENCE K. KARLTON
                                       SENIOR JUDGE
                                       UNITED STATES DISTRICT COURT